■ CARMELO NOBLE et al., Respondents, v CALVIN ACKERMAN, Appellant. [629 NYS2d 198] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered October 19, 1994, which, insofar as appealed from, denied defendant's request for certain medical authorizations, unanimously affirmed, without costs.

Defendant's request for medical authorizations pertaining to a knee operation performed on plaintiff more than ten years before the accident in issue was properly denied on the ground that plaintiff does not claim that his knee was injured in the accident or that his prior knee injury was aggravated (cf., Caplow v Otis El. Co., 176 AD2d 199, 200). Concur—Sullivan, J. P., Rosenberger, Ellerin, Rubin and Mazzarelli, JJ.

■ PEOPLE v CURTIS PARKER [628 NYS2d 479] —Appeal dismissed because of the death of appellant and the matter remanded for proceedings to vacate the judgment of conviction, as indicated. Concur—Ellerin, J. P., Wallach, Nardelli, Tom and Mazzarelli, JJ.